1  LAWRENCE GOTTLIEB, WSBA No. 20987
   CATHERINE E. PRUETT, WSBA No. 35140
2  GORDON & POLSCER, LLC
   1000 Second Avenue, Suite 1500
3  Seattle, Washington 98104
   Telephone:   206-223-4226
4  Facsimile:   206-223-5459

5  MARSHA L. MORROW (State Bar No. 71903)
   STEPHEN P. RANDALL (State Bar No. 151728)
6  MICHELLE A. TRUDELLE  State Bar No. 221323
   COLLIAU ELENIUS MURPHY CARLUCCIO KEENER & MORROW
7  405 Howard Street, Suite 600
   San Francisco, CA  94104
8  Telephone:   (415) 932-7000
   Facsimile:    (415) 932-7001
9
   Attorneys for Defendant
10 AMERICAN CASUALTY COMPANY OF READING, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES MARYATT and KATHLEEN MARYATT, | Case No.  CV 06-02309 CRB |
| Plaintiffs, | **DEFENDANT AMERICAN CASUALTY COMPANY OF READING, PA'S SUBSTITUTION OF ATTORNEYS** |
| vs. | |
| AMERICAN CASUALTY COMPANY OF READING, PA; FEDERAL INSURANCE COMPANY, a corporation; GRANITE STATE INSURANCE COMPANY, a corporation; WESTCHESTER FIRE INSURANCE COMPANY, a corporation; TRAVELERS INDEMNITY COMPANY, a corporation, | |
| Defendants. | |

///

///

///

///

| | |
|---|---|
| 1 | Defendant American Casualty Company of Reading, PA, hereby substitutes attorneys Marsha L. Morrow, Stephen P. Randall and Michelle A. Trudelle, of Colliau, Elenius, Murphy, Carluccio, Keener & Morrow, as its counsel of record in the present action in place and in stead of Lawrence Gottlieb and Catherine E. Pruett, Gordon & Polscer LLP.  The new address of record for defendant American Casualty Company of Reading,, PA is: 405 Howard Street, Suite 600, San Francisco, CA  94104; telephone: (415) 932-7000; fax: (415) 932-7001. |

Dated: April 14, 2006

AMERICAN CASUALTY COMPANY OF READING, PA

By: /s/ Laura J. McGrath
LAURA MCGRATH, Senior Counsel

The undersigned consents to the above substitution.

Dated: April 17, 2006

MARSHA L. MORROW
COLLIAU ELENIUS MURPHY
CARLUCCIO KEENER & MORROW

Dated: April 17, 2006

STEPHEN P. RANDALL
COLLIAU ELENIUS MURPHY
CARLUCCIO KEENER & MORROW

Dated: April 17, 2006

MICHELLE A. TRUDELLE
COLLIAU ELENIUS MURPHY
CARLUCCIO KEENER & MORROW

IT IS SO ORDERED
Judge Charles R. Breyer

May 5, 2006

///
///
///

DEFENDANT AMERICAN CASUALTY COMPANY'S
SUBSTITUTION OF ATTORNEYS  -2-