| | |
|---|---|
| 1 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
|   | Ethan A. Miller, Esq. (State Bar No. 155965) |
| 2 | Y. Anna Suh (State Bar No. 228632) |
|   | One Maritime Plaza, Third Floor |
| 3 | San Francisco, California 94111 |
|   | Telephone:  (415) 954-0200 |
| 4 | Facsimile:  (415) 393-9887 |

FILED
06 MAY -8 PM 1:22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Counsel for Defendant
FEDERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MARYATT and KATHLEEN MARYATT, | Case No.: 3:06-CV-02309-CRB |
| Plaintiff, | |
| vs. | |
| AMERICAN CASUALTY COMPANY OF READING, PA; FEDERAL INSURANCE COMPANY, a corporation; GRANITE STATE INSURANCE COMPANY, a corporation; WESTCHESTER FIRE INSURANCE COMPANY, a corporation; TRAVELERS INDEMNITY COMPANY, a corporation, | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT FEDERAL INSURANCE COMPANY** |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Defendant FEDERAL INSURANCE COMPANY ("Federal") has substituted its counsel and attorney of record in this matter.

1. Peter J. Mintzer, Esq. and Michael Handler, Esq. of COZEN O'CONNOR, at 1201 Third Avenue, Washington Mutual Tower, Suite 5200, Seattle WA, 98101, are no longer Federal's counsel and attorney of record in this matter.

///

///

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

SANFRANCISCO/181614.1
64345.00005

NOTICE OF SUBSTITUTION OF COUNSEL
3:06-CV-02309-CRB

2.  Federal's new counsel and attorneys of record in this matter, upon whom all notices and papers in this matter may be served, are Ethan A. Miller, Esq. and Y. Anna Suh, Esq. of SQUIRE, SANDERS & DEMPSEY, L.L.P., One Maritime Plaza, Third Floor, San Francisco, California 94111-3492, Telephone: (415) 954-0200, Fax: (415) 393-9887. E-filing notices shall be served on Ethan A. Miller at eamiller@ssd.com and on Y. Anna Suh at asuh@ssd.com.

3.  The undersigned consent to this substitution and certify that this substitution will not delay the proceedings in this matter.

4.  This document may be executed in as many counterparts as may be necessary or convenient, and by the separate persons signing this document on separate counterparts, but all such counterparts taken together shall constitute but one and the same document.

We consent to the foregoing Substitution of Attorneys.

DATED: May 8, 2006           FEDERAL INSURANCE COMPANY

By: _____
Name: Stuart Jakubowski
Title: Vice President

We consent to the foregoing Substitution of Attorneys.

Dated: _____   COZEN O'CONNOR

By: _____
Peter J. Mintzer, Esq.
Michael Handler, Esq.

5/12/2006

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

///

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

SANFRANCISCO/48614
64345.00005

- 2 -

NOTICE OF SUBSTITUTION OF COUNSEL
3:06-CV-02309-CRB

05/08/2006 MON 09:17 [TX/RX NO 9663] ☒008