1  JON ENSCOE (State Bar No. 65720)
   BARG COFFIN LEWIS & TRAPP, LLP
2  One Market · Steuart Tower, Suite 2700
   San Francisco, California 94105-1475
3  Telephone: (415) 228-5400
   Fax: (415) 228-5450
4
   Attorneys for Plaintiffs
5  Charles Maryatt and Kathleen Maryatt

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | CHARLES MARYATT, and KATHLEEN          | Case No. C-06-02309 CRB
   | MARYATT, husband and wife;
12 |                                         | **SUBSTITUTION OF COUNSEL**
   |            Plaintiffs,
13 |
   |    v.
14 |
   | AMERICAN CASUALTY COMPANY OF
15 | READING, PA; FEDERAL INSURANCE
   | COMPANY, a corporation; GRANITE
16 | STATE INSURANCE COMPANY, a
   | corporation; PROTECTIVE NATIONAL
17 | INSURANCE COMPANY OF OMAHA, a
   | corporation; WESTCHESTER FIRE
18 | INSURANCE COMPANY, a corporation;
   | TRAVELERS INDEMNITY COMPANY, a
19 | corporation,
   |
20 |            Defendants.

21

22     Plaintiffs Charles Maryatt and Kathleen Maryatt hereby substitute counsel in this matter

23 as follows:

24     New Counsel:        Jon Enscoe
                           BARG COFFIN LEWIS & TRAPP, LLP
25                         One Market – Steuart Tower, Suite 2700
                           San Francisco, CA 94104-1475
26                         Telephone: (415) 228-5400
                           Facsimile: (415) 228-5450
27

28

---

SUBSTITUTION OF COUNSEL
(USDC NORTHERN DISTRICT Case No.: C-06-02309 CRB)

395383.1

1  in place and instead of former counsel:

2          Clark J. Davis
        Davis Roberts & Johns
3          7525 Pioneer Way, Suite 202
        Gig Harbor, WA  98335
4          Telephone:  (253) 858-8606
        Facsimile:  (253) 858-8646

5

6  I agree to the above substitution.

7  Dated: May 10, 2006        CHARLES MARYATT

8

9  *[signature: Charles Maryatt]*

10

11 I agree to the above substitution.

12 Dated: May 10, 2006        KATHLEEN MARYATT

13

14 *[signature: Kathleen Maryatt]*

15

16 I agree to the above substitution.

17 Dated: May 9, 2006        DAVIS ROBERTS & JOHNS

18

19         By: *[signature]*

20         CLARK J. DAVIS

21

22 I agree to the above substitution.

23 Dated: May 11, 2006        BARG COFFIN LEWIS & TRAPP, LLP

24

25         By: *[signature: Jon Enscoe]*

26         JON ENSCOE

27 May 13, 2006

28

**IT IS SO ORDERED**
*[signature]*
Judge Charles R. Breyer
*[Seal: United States District Court, Northern District of California]*

SUBSTITUTION OF COUNSEL
(USDC NORTHERN DISTRICT Case No.: C06-02330 BZ)

2

395383.1

## PROOF OF SERVICE BY UNITED STATES MAIL

I, Anna Fuller, declare that I am over the age of eighteen years and not a party to this action. I am an attorney with the firm of Barg Coffin Lewis & Trapp, LLP ("the Firm") and my business address is One Market, Steuart Tower, Suite 2700, San Francisco, CA 94105-1475.

On May 12, 2006, I served the following documents in this cause:

## SUBSTITUTION OF COUNSEL

By placing a copy thereof in envelopes bearing the name(s) and address(es) of the persons to be served as shown below. I am readily familiar with the Firm's practice for collection and processing of correspondence for mailing with the United States Postal Service ("Postal Service"). Pursuant to that practice, correspondence which is placed for collection and mailing with the Postal Service during regular business hours on a given date is deposited with the Postal Service on that same date in the ordinary course of business. On the above date during regular business hours, I sealed the above described envelopes and placed them for collection and mailing with the Postal Service, postage prepaid, in accordance with the Firm's ordinary business practice described above.

**See Attached Service List**

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Executed on May 12, 2006, at San Francisco, California.

_/s/ Anna Fuller_
Anna Fuller

SUBSTITUTION OF COUNSEL
(USDC NORTHERN DISTRICT Case No.: C-06-02309 CRB)

395383.1

## SERVICE LIST

*Charles Maryatt and Kathleen Maryatt v. American Casualty Company of Reading, PA, et al.*
U.S. District Court Northern District of California
Case No. C-06-02309 CRB

| **Attorneys for Plaintiff American Casualty Company of Reading, PA**<br><br>Marsha L. Morrow<br>Michelle A. Trudelle<br>Stephen P. Randall<br>Colliau Elenius Murphy Carluccio Keener & Morrow<br>405 Howard St., Suite 600<br>San Francisco, CA 94105<br>Telephone: (415) 932-7000<br>Facsimile: (415) 932-7001<br><br>Catherine E. Pruett<br>Lawrence Gottlieb<br>Gordon & Polscer<br>1000 Second Ave, Suite 1500<br>Seattle, WA 98104<br>Telephone: (206) 223-4226<br>Facsimile: (206) 223-5459 | **Attorneys for Travelers Indemnity Company and The Travelers Indemnity Company of America**<br><br>Thomas S. James, Jr.<br>Donald S. Kunze<br>Summit Law Group<br>315 Fifth Ave. South<br>Suite 1000<br>Seattle, WA 98104-2682<br>Telephone: (206) 676-7000 |
| --- | --- |
| **Attorneys for Defendant Granite State Insurance Company**<br><br>Kenneth H. Sumner<br>Sinnott, Dito, Moura & Puebla, P.C.<br>555 Montgomery Street, Suite 720<br>San Francisco, CA 94111-3910<br>Telephone: (415) 352-6200<br>Facsimile: (415) 352-6224<br><br>Donald J. Verfurth<br>Carney Badley Spellman<br>701 Fifth Ave., Suite 3600<br>Seattle, WA 98104-7010<br>Telephone: (206) 622-8020<br>Facsimile: (206) 622-8983 | **Attorneys for Defendant Westchester Fire Insurance Company**<br><br>Adam C. Collins<br>Pamela A. Lang<br>Soha & Lang PS<br>701 Fifth Ave., Suite 2400<br>Seattle, WA 98104<br>Telephone: (206) 624-1800<br>Facsimile: (206) 624-3585 |
| **Attorneys for Defendant Federal Insurance Company**<br><br>Michael D. Handler<br>Peter J. Mintzer<br>Cozen O'Connor<br>1201 Third Ave., Suite 5200<br>Seattle, WA 98101-3071<br>Telephone: (206) 340-1000<br>Facsimile: (206) 621-8783 | **Attorney for Defendant Charles Maryatt**<br><br>Clark J. Davis<br>Davis Roberts & Johns<br>7525 Pioneer Way, Suite 202<br>Gig Harbor, WA 98335<br>Telephone: (253) 858-8606<br>Facsimile: (253) 858-8646 |

396815.1