ORIGINAL

1  PAMELA LANG
   SOHA & LANG, P.S.
2  701 Fifth Avenue, Suite 2400
   Seattle, WA 98104
3  Telephone:   (206) 624-1800
   Facsimile:    (206) 624-3585
4
   BRUCE N. TELLES – SBN 152080
5  BERMAN & AIWASIAN
   725 South Figueroa Street, Suite 1050
6  Los Angeles, CA 90017
   Telephone:   (213) 833-3200
7  Facsimile:    (213) 833-3231
   *Bruce.Telles@mclolaw.com*
8
   Attorneys for Defendant
9  WESTCHESTER FIRE INSURANCE COMPANY

RECEIVED
06 MAY 15 PM 2:10
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES MARYATT and KATHLEEN MARYATT,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN CASUALTY COMPANY OF READING, PA; FEDERAL INSURANCE COMPANY, a corporation; GRANITE STATE INSURANCE COMPANY, a corporation; WESTCHESTER FIRE INSURANCE COMPANY, a corporation; TRAVELERS INDEMNITY COMPANY, a corporation,<br><br>Defendants. | Case No.: CV 06-02309 CRB<br><br>DEFENDANT WESTCHESTER FIRE INSURANCE COMPANY'S SUBSTITUTION OF ATTORNEYS |

1
DEFENDANT WESTCHESTER FIRE INSURANCE COMPANY'S SUBSTITUTION OF ATTORNEYS

1. Defendant Westchester Fire Insurance Company ("Westchester"), hereby substitutes
2. Bruce N. Telles of Berman & Aiwasian, as its counsel of record in the present action in place and
3. in stead of Pamela Lang of Soha & Lang. The new address of record for defendant Westchester
4. is:

BERMAN & AIWASIAN
725 S. Figueroa Street, Suite 1050
Los Angeles, CA 90017
Telephone (213) 833-3200
Facsimile (213) 833-3230.

DATED: May 10, 2006                WESTCHESTER FIRE INSURANCE COMPANY

By: *[signature]*
Its Vice President & Chief Claims Officer, Brandywine Group

The undersigned consents to the above substitution.

DATED: May 15, 2006                BERMAN & AIWASIAN

By: *[signature]*
BRUCE N. TELLES

The undersigned consents to the above substitution.

DATED: May 10, 2006                SOHA & LANG

By: *[signature]*
PAMELA LANG

IT IS SO ORDERED

*[signature]*
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

May 18, 2006
DATE

---

2
DEFENDANT WESTCHESTER FIRE INSURANCE COMPANY'S SUBSTITUTION OF ATTORNEYS