1  MARSHA L. MORROW State Bar No. 71903
   MICHELLE A. TRUDELLE State Bar No. 221323
2  COLLIAU ELENIUS MURPHY
   CARLUCCIO KEENER & MORROW
3  405 Howard Street, Suite 600
   San Francisco, California 94105
4  Telephone:    415-932-7000
   Facsimile:    415-932-7001
5  Michelle.Trudelle@cna.com

6
   Attorney for Defendant
7  AMERICAN CASUALTY COMPANY OF READING, PA

8              UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO

11  CHARLES MARYATT and KATHLEEN          Case No. C 06-02309 CRB
    MARYATT,
12                                        **STIPULATION OF DISMISSAL**

13               Plaintiffs,

14       vs.

15  AMERICAN CASUALTY COMPANY OF
    READING, PA; FEDERAL INSURANCE
16  COMPANY, a corporation; GRANITE STATE
    INSURANCE COMPANY, a corporation;
17  WESTCHESTER FIRE INSURANCE
    COMPANY, a corporation; TRAVELERS
18  INDEMNITY COMPANY, a corporation,

19               Defendants.

20       IT IS HEREBY STIPULATED by and between the parties to this action, through their

21  respective counsel, that the above-captioned action be and hereby is dismissed without

22  prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party shall bear its own

23  attorneys' fees and costs.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Case No. C 06-02309 CRB:  STIPULATION OF DISMISSAL          1

1    Dated: May 12, 2006        BARG, COFFIN, LEWIS & TRAPP

2                             By: _____

3                               Jon Enscoe
                               Attorneys for Plaintiffs

4                                Charles Maryatt and Kathleen Maryatt

5    Dated: May ___, 2006        COLLIAU ELENIUS MURPHY
                               CARLUCCIO KEENER & MORROW

6

7                               By: _____
                               Michelle A. Trudelle

8                                Attorneys for Defendant
                               American Casualty Company of Pennsylvania

9

10   Dated: May ___, 2006        SQUIRE, SANDERS & DEMPSEY L.L.P

11                              By: _____

12                              Y. Anna Suh
                             Attorneys for Defendant Federal Insurance

13                              Company

14   Dated: May ___, 2006        SINNOTT DITO MOURA & PUEBLA P.C.

15

16                              By: _____
                             Timothy S. Kirk

17                              Attorneys for Defendant Granite State Insurance
                             Company

18

19   Dated: May ___, 2006        BERMAN & AIWASIAN

20                              By: _____
                             Bruce Telles

21                              Attorneys for Defendant Westchester Fire
                             Insurance Company

22

23   Dated: May ___, 2006        BECHERER, KANNETT & SCHWEITZER

24                              By: _____
                             Ira Goldberg

25                              Attorneys for Defendant The Travelers
                             Indemnity Company and The Travelers

26                              Indemnity Company Of America

27

28

Case No. C 06-02309 CRB:   STIPULATION OF DISMISSAL     2

1   Dated: May ___, 2006                    BARG, COFFIN, LEWIS & TRAPP

2                                           By: _____
3                                                Jon Enscoe
                                                 Attorneys for Plaintiffs
4                                                Charles Maryatt and Kathleen Maryatt

5   Dated: May 15, 2006                     COLLIAU ELENIUS MURPHY
                                            CARLUCCIO KEENER & MORROW
6
                                            By: M A Trudelle
7                                                Michelle A. Trudelle
                                                 Attorneys for Defendant
8                                                American Casualty Company of Pennsylvania
9

10  Dated: May ___, 2006                    SQUIRE, SANDERS & DEMPSEY L.L.P
11
                                            By: _____
12                                               Y. Anna Suh
                                                 Attorneys for Defendant Federal Insurance
13                                               Company

14  Dated: May ___, 2006                    SINNOTT DITO MOURA & PUEBLA P.C.
15
                                            By: _____
16                                               Timothy S. Kirk
                                                 Attorneys for Defendant Granite State Insurance
17                                               Company

18  Dated: May ___, 2006                    BERMAN & AIWASIAN
19
                                            By: _____
20                                               Bruce Telles
                                                 Attorneys for Defendant Westchester Fire
21                                               Insurance Company

22
23  Dated: May ___, 2006                    BECHERER, KANNETT & SCHWEITZER

24                                          By: _____
                                                 Ira Goldberg
25                                               Attorneys for Defendant The Travelers
                                                 Indemnity Company and The Travelers
26                                               Indemnity Company Of America

27

28

---

| | |
|---|---|
| 1 | Dated: May ___, 2006 |
| 2 | |
| 3 | |
| 4 | |

BARG, COFFIN, LEWIS & TRAPP

By: _____
    Jon Enscoe
    Attorneys for Plaintiffs
    Charles Maryatt and Kathleen Maryatt

Dated: May ___, 2006

COLLIAU ELENIUS MURPHY
CARLUCCIO KEENER & MORROW

By: _____
    Michelle A. Trudelle
    Attorneys for Defendant
    American Casualty Company of Pennsylvania

Dated: May 11, 2006

SQUIRE, SANDERS & DEMPSEY L.L.P

By: _____
    Y. Anna Suh
    Attorneys for Defendant Federal Insurance
    Company

Dated: May ___, 2006

SINNOTT DITO MOURA & PUEBLA P.C.

By: _____
    Timothy S. Kirk
    Attorneys for Defendant Granite State Insurance
    Company

Dated: May ___, 2006

BERMAN & AIWASIAN

By: _____
    Bruce Telles
    Attorneys for Defendant Westchester Fire
    Insurance Company

Dated: May ___, 2006

BECHERER, KANNETT & SCHWEITZER

By: _____
    Ira Goldberg
    Attorneys for Defendant The Travelers
    Indemnity Company and The Travelers
    Indemnity Company Of America

1  Dated: May ___, 2006                        BARG, COFFIN, LEWIS & TRAPP

2                                               By: _____
                                                   Jon Enscoe
3                                                  Attorneys for Plaintiffs
                                                   Charles Maryatt and Kathleen Maryatt
4

5  Dated: May ___, 2006                        COLLIAU ELENIUS MURPHY
                                               CARLUCCIO KEENER & MORROW
6
                                               By: _____
7                                                  Michelle A. Trudelle
                                                   Attorneys for Defendant
8                                                  American Casualty Company of Pennsylvania
9

10
   Dated: May ___, 2006                        SQUIRE, SANDERS & DEMPSEY L.L.P
11
                                               By: _____
12                                                 Y. Anna Suh
                                                   Attorneys for Defendant Federal Insurance
13                                                 Company

14
   Dated: May _11_, 2006                       SINNOTT DITO MOURA & PUEBLA P.C.
15
                                               By: _____
16                                                 Timothy S. Kirk
                                                   Attorneys for Defendant Granite State Insurance
17                                                 Company

18
   Dated: May ___, 2006                        BERMAN & AIWASIAN
19
                                               By: _____
20                                                 Bruce Telles
                                                   Attorneys for Defendant Westchester Fire
21                                                 Insurance Company
22

23 Dated: May ___, 2006                        BECHERER, KANNETT & SCHWEITZER

24                                             By: _____
                                                   Ira Goldberg
25                                                 Attorneys for Defendant The Travelers
                                                   Indemnity Company and The Travelers
26                                                 Indemnity Company Of America

27

28

_____
Case No. C 06-02309 CRB:  STIPULATION OF DISMISSAL          2

394853.1

1   Dated: May ___, 2006          BARG, COFFIN, LEWIS & TRAPP

2

                                      By: _____

3                                           Jon Enscoe
                                           Attorneys for Plaintiffs
4                                         Charles Maryatt and Kathleen Maryatt

5   Dated: May ___, 2006          COLLIAU ELENIUS MURPHY
                                         CARLUCCIO KEENER & MORROW
6

                                        By: _____

7                                           Michelle A. Trudelle
                                         Attorneys for Defendant
8                                         American Casualty Company of Pennsylvania

9

10  Dated: May ___, 2006         SQUIRE, SANDERS & DEMPSEY L.L.P
11

                                        By: _____
12                                           Y. Anna Suh
                                         Attorneys for Defendant Federal Insurance
13                                         Company

14  Dated: May ___, 2006         SINNOTT DITO MOURA & PUEBLA P.C.
15

                                        By: _____
16                                           Timothy S. Kirk
                                         Attorneys for Defendant Granite State Insurance
17                                         Company

18  Dated: May _15_, 2006       BERMAN & AIWASIAN
19

                                        By: _____
20                                           Bruce Telles
                                         Attorneys for Defendant Westchester Fire
21                                         Insurance Company

22

23  Dated: May ___, 2006         BECHERER, KANNETT & SCHWEITZER
24

                                        By: _____
25                                           Ira Goldberg
                                         Attorneys for Defendant The Travelers
26                                         Indemnity Company and The Travelers
                                         Indemnity Company Of America

27

28

---

394853.1

1   Dated: May ___, 2006

BARG, COFFIN, LEWIS & TRAPP

2

By: _____

3                Jon Enscoe
Attorneys for Plaintiffs
Charles Maryatt and Kathleen Maryatt

4

5   Dated: May ___, 2006

COLLIAU ELENIUS MURPHY
CARLUCCIO KEENER & MORROW

6

By: _____

7                Michelle A. Trudelle
Attorneys for Defendant

8                American Casualty Company of Pennsylvania

9

10  Dated: May ___, 2006

SQUIRE, SANDERS & DEMPSEY L.L.P

11

By: _____

12              Y. Anna Suh
Attorneys for Defendant Federal Insurance

13              Company

14

15  Dated: May ___, 2006

SINNOTT DITO MOURA & PUEBLA P.C.

By: _____

16              Timothy S. Kirk
Attorneys for Defendant Granite State Insurance

17              Company

18

19  Dated: May ___, 2006

BERMAN & AIWASIAN

By: _____

20              Bruce Telles
Attorneys for Defendant Westchester Fire

21              Insurance Company

22

23  Dated: May 11, 2006

BECHERER, KANNETT & SCHWEITZER

24              By: _____

25              Ira Goldberg
Attorneys for Defendant The Travelers

26              Indemnity Company and The Travelers
Indemnity Company Of America

27

28

*IT IS SO ORDERED*

*[signature]*
Judge Charles R. Breyer

May 18, 2006